IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN -7 PM 2:50

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| JO ANN STREET, | ) | |
| | ) | |
| vs. | ) | No. 04-2918-DV |
| | ) | |
| SMITH & NEPHEW, INC., | ) | |
| Defendant. | ) | |

ORDER

Upon motion of attorney Steven R. Sedberry, one of the attorneys of record for Smith & Nephew, Inc., and finding that the motion is well taken and should be granted,

IT IS ORDERED that attorney Steven R. Sedberry is allowed to withdraw from this case.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: June 7, 2005

Document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6/13/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02918 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Larry A. Weissman
WEISMANN OSTROW & MITCHELL
5118 Park Ave.
Ste. 600
Memphis, TN 38117

Steven Rush Sedberry
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Charles V. Holmes
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Donna K. Fisher
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT